IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RIVERS,  )  )  Plaintiff,  )  )  vs.  )  )  M. HAUKEBA, et al.,  )  )  Defendants.  )  _____) | Case No. 1:07-CV-134-BLW  **JUDGMENT** |

In accordance with the Order of Dismissal filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is hereby dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **March 27, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge